**From:** **Cricket Debt Counseling** info@cricketdebt.com 📎
**Subject:** Christine A. Crandon: Credit Counseling certificate from Cricket Debt Counseling
**Date:** December 22, 2016 at 10:33 AM
**To:** christineacrandon@mac.com



Attached is the Credit Counseling certificate for Christine A. Crandon from Cricket Debt Counseling.

---

Certificate Number: 00134-NJ-CC-028525551



00134-NJ-CC-028525551

## CERTIFICATE OF COUNSELING

I CERTIFY that on December 22, 2016, at 10:31 o'clock AM EST, Christine A. Crandon received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    December 22, 2016    By:    /s/Emily Sunderland

Name:    Emily Sunderland

Title:    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).