43618
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Daimler Trust
JM5630_____

                                                           UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:    CHRISTINE CRANDON
             VINCENT J. CRANDON

                                                          CHAPTER: 7
                                                          CASE NO.: 16-34616 (JKS)
                                                           HEARING DATE:

                                                          NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Daimler Trust hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Daimler Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Daimler Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to

the Bankruptcy Code or their authorized agents, be given to Daimler Trust, Inc. by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Daimler Trust
P.O. Box 562088, Suite 900 North
Dallas, TX 75247

Daimler Trust, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney for Daimler Trust

Dated: