UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST PC6, STERLING NATL*

---

In Re:

CHRISTINE CRANDON A/K/A CHRISTINE A. HILL AND VINCENT J. CRANDON

Case No.: 16-34616/JKS

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of *US BANK CUST PC6, STERLING NATL*. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Linda S. Fossi, Esquire
**GARY C. ZEITZ, L.L.C.**
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222 ext. 305
(856) 857-1234 Fax
lfossi@zeitzlawfirm.com
zeitzlawfirm.com

DOCUMENTS:

■ All notices entered pursuant to Fed. R. Bankr. P. 2002.

■ All notices and pleadings of any nature.

Date:  2/2/17                                         /s/ LINDA S. FOSSI
                                                      LINDA S. FOSSI, ESQUIRE
                                                      *Attorneys for Creditor,*
                                                      *US BANK CUST PC6, STERLING NATL*