UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST PC6, STERLING NATL*

| | |
|---|---|
| In Re:<br><br>CHRISTINE CRANDON A/K/A CHRISTINE A. HILL AND VINCENT J. CRANDON | **Case No.: 16-34616/JKS**<br><br>**Chapter: 7**<br><br>**Hearing Date:**<br><br>**Judge: John K. Sherwood** |

### CERTIFICATION OF SERVICE

1.    I, Cathleen Dillon:

☐    represent the _____ in the above-captioned matter.

■    am the secretary/paralegal for Linda S. Fossi, who represents the Creditor in the above captioned matter.

☐    am the _____ in the above case and am representing myself.

2.    On February 2, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Appearance and Certification of Service

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 2/2/17                        _____/s/ Cathleen Dillon
                                                    Cathleen Dillon

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| David E. Sklar, Esquire<br>Scura Wigfield Heyer & Stevens LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Debtor's Counsel | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Christine Crandon a/k/a Christine A. Hill and Vincent J. Crandon<br>14 James Brite Circle<br>Mahwah, NJ 07430 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Eric R. Perkins<br>McElroy, Deutsch, Mulvaney & Carpenter<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

4