UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Christine Crandon & Vincent J. Crandon
    Debtor(s)

Bankr. Case No. 16-34616

Chapter 7

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2017 FEB -6 P 4: 27
JEANNE A. NAUGHTON
BY: C.R. [signature]
DEPUTY CLERK

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Daimler Trust
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

BK Servicing, LLC

By [signature] Cheryle Williams

Cheryle Williams, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 23, 2017 :

David E. Sklar
Scura Wigfield Heyer & Stevens LLP
1599 Hamburg Turnpike
Wayne, NJ 07470

Eric R. Perkins
Mcelroy, Deutsch, Mulvaney & Carpenter
40 West Ridgewood Avenue
Ridgewood, NJ 07450

By _____Cheryle Williams_____
Cheryle Williams

508990