UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-0417

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PMT NPL Financing 2015-1

| In Re: | Case No.: 16-34616-JKS |
|---|---|
| Christine Crandon<br>aka Christine A. Hill | Chapter: 7 |
| Vincent J. Crandon | Judge: Honorable John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PennyMac Loan Services, LLC servicer for PMT NPL Financing 2015-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

POWERS KIRN, LLC

/s/ *William M. E. Powers III*

Date: February 9, 2017    By: William M. E. Powers III