| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-0417<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for PMT NPL Financing 2015-1 | |
| In Re:<br><br>Christine Crandon<br>aka Christine A. Hill<br>Vincent J. Crandon | Case No.: 16-34616-JKS<br><br>Hearing Date: N/A<br><br>Judge: Honorable John K. Sherwood<br><br>Chapter: 7 |

## CERTIFICATION OF SERVICE

1. I, Deidre L. Helser:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 9, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance and Request for Notices

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 9, 2017

/s/ Deidre L. Helser
Deidre L. Helser

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eric R. Perkins<br>40 West Ridgewood Avenue<br>Ridgewood, NJ  07450 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>      (as authorized by the court*) |
| David E. Sklar, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>      (as authorized by the court*) |
| Christine Crandon<br>aka Christine A. Hill<br>14 James Brite Circle<br>Mahwah, NJ  07430 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>      (as authorized by the court*) |
| Vincent J. Crandon<br>14 James Brite Circle<br>Mahway, NJ  07430 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>      (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.