UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Christine Crandon
Vincent J. Crandon

Case No.: 16-34616
Chapter: 7
Judge: JKS

**NOTICE OF PROPOSED ABANDONMENT**

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on ___March 14, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 14 James Brite Circle
Mahwah, NJ  07430

Fair Market Value: $795,000 |

| Liens on property: | Subject to a first mortgage held by PennyMac Loan Services on which there is due approximately $971,816. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.: (201) 493-3734

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-34616-JKS
Christine Crandon                                               Chapter 7
Vincent J. Crandon
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 3            Date Rcvd: Feb 07, 2017
                             Form ID: pdf905          Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db/jdb        +Christine Crandon,    Vincent J. Crandon,    14 James Brite Circle,    Mahwah, NJ 07430-2527
cr            +Daimler Trust,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516571780     +AlphaGraphics Bergen County,    1 Lethbridge Plaza,    Mahwah, NJ 07430-2126
516571781     +American Express,    Attn: Merchant Services,    200 Vesey St.,    New York, NY 10285-0002
516626565     +Anna Sieska,    60 Delwanna Ave.,    Clifton, NJ 07014
516571782     +Aqua Sprinkler Systems, LLC,    136 Lincoln Road,    Kinnelon, NJ 07405-1803
516571783    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
516571784      BCC Financial Mgmt Services,    PO Box 590097,    Fort Lauderdale, FL 33359-0097
516571785     +Bergen County Sheriff's office,    Attn: Civil Court,    10 Main Street,
                Hackensack, NJ 07601-7071
516571786     +Blue Line Services, LLC,    129 Refy Avenue,    Ramsey, NJ 07446-2465
516571787     +Bon Secours Charity Health System,    Good Samaritan Hospital,    255 Lafayette Ave,,
                Suffern, NY 10901-4869
516571788     +Budd Vacuum,    445 West Main Street,    Wyckoff, NJ 07481-1400
516571791    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                Richmond, VA 23238)
516571790     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516571792     +Central Credit Services,    PO Box 1850,    Saint Charles, MO 63302-1850
516571793      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
516571794     +Children's Learning Center of Wyckoff,    11 Leighton Place,    Mahwah, NJ 07430-3118
516590434     +Daniel Debski, Esq.,    299 Main Street, Suite 1,    Lodi, NJ 07644-1831
516571796     +Dino Gargol,    907 Tulip Tree Court,    Mahwah, NJ 07430-3465
516571798     +Dunn Lambert, LLC,    The Atrium,    East 80 Route 4,    Paramus, NJ 07652-2666
516571799     +Dynamic Recovery Solutions,    PO box 25759,    Greenville, SC 29616-0759
516571800    #+EMA Recovery Services,    PO Box 3142,    Secaucus, NJ 07096-3142
516571801     +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
516571802      Finnerty Canda Drisgula, PC,    17-17 NJ-208 North,    Fair Lawn, NJ 07410
516571803     +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516571804     +Geico,   Commercial Dept.,    PO Box 822636,    Philadelphia, PA 19182-2636
516571806     +Harris,    111 West Jackson Blvd.,    Chicago, IL 60604-4135
516571807     +Holy Cross Nursery School,    125 Glasgow Terrace,    Mahwah, NJ 07430-1635
516571809     +Karalyn Galante,    615 Lynn Avenue,    West Deptford, NJ 08096-1487
516571810     +Lindgren Lindgren Oehm & You,    246 Bridge Street, Bldg. G,    Metuchen, NJ 08840-2294
516571811     +Mahwah Township Municipal Court,    Re: Anna Sieczka,    475 Corporate Drive,
                Mahwah, NJ 07430-3603
516571812     +Mahwah Water Dept.,    Township of Mahwah Water/Sewer,    PO Box 733,    475 Corporate Drive,
                Mahwah, NJ 07430-3603
516571813     +Mb Fin Svcs,    36455 Corporate Drive,    Farmington Hills, MI 48331-3552
516571815     +Midland Funding,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
516571816     +New Jersey Skyland Insurance,    550 Essjay Road,    Williamsville, NY 14221-8237
516571817      New York Sports Club,    5 Pennsylvania Plaza #4,    New York, NY 10001
516571818     +North Jersey Equestrian Center, LLC,    1 Carlson Place,    Pompton Plains, NJ 07444-1456
516571819     +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
516571820    #+Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave.,    Ste. 403,    Roseland, NJ 07068-1787
516571821     +Orange & Rockland Electric Company,    PO Box 1009,    Spring Valley, NY 10977-0805
516571827      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516571822     +Paul Khakshouri,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Ste. 201,
                Parsippany, NJ 07054-4609
516571824     +PennyMac Loan Services,    PO Box 660929,    Dallas, TX 75266-0929
516571823     +Pennymac Loan,    PO Box 514387,    Los Angeles, CA 90051-4387
516571825     +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516571828     +Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844
516571829     +Rio Vista Mahwah Homeowners Association,     20 Emma Court,    Mahwah, NJ 07430-2537
516571830     +Russell Chalkley Crestview Landscaping,    PO Box 533,    Mahwah, NJ 07430-0533
516571831     +Sanchez Landscaping,    1204 Westbrook Road,    West Milford, NJ 07480-3010
516571832     +State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516571833     +Synergetic Communication,    5450 NW Central #220,    Houston, TX 77092-2061
516571834     +Taffuri Integrated Wellness Centers,    23-00 Route 208 South, Ste. 2-6,
                Fair Lawn, NJ 07410-1558
516626566     +Thomas Williams, Esq.,    220 Franklin Turnpike,    Mahwah, NJ 07430-1808
516571836    #+Town & Country Veterinary Service,    301 Rockaway Valley Road, Bldg. #2,
                Boonton, NJ 07005-9192
516571837      Town Sports International,    5 Pennsylvania Plaza #4,    New York, NY 10001
516605089     +Township of Mahwah,    c/o Brian Chewcaskie, Esq.,    2200 Fletcher Ave.,
                Fort Lee, NJ 07024-5005
516571838     +Township of Mahwah,    475 Corporate Drive,    PO Box 769,    Mahwah, NJ 07430-0769
516588087      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516571839     +Travis Roemmele,    c/o Cleary Giacobbe Alfieri Jacobs, LLC,    169 Ramapo Valley Road,
                Upper Level 105,    Oakland, NJ 07436-2537
516571840     +Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
516571841     +Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Feb 07, 2017
                               Form ID: pdf905          Total Noticed: 74


516571842      +Vander Plaat Executive Limo,    530 High Mountain Road,    Franklin Lakes, NJ 07417-2913
516571843      +ViaCord,    930 Winter Street, Ste. 2500,    Waltham, MA 02451-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516571779      +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
516571789      +E-mail/Text: bankruptcy@usecapital.com Feb 07 2017 22:41:45      Capital Accounts,
                 Po Box 140065,    Nashville, TN 37214-0065
516571795      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2017 22:41:37
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516571797      +E-mail/Text: Bankruptcy.Consumer@dish.com Feb 07 2017 22:40:37      Dish Network,
                 9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
516571805      +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2017 22:39:43      GMAC,    P.O. Box 9001719,
                 Louisville, KY 40290-1719
516571808       E-mail/Text: cio.bncmail@irs.gov Feb 07 2017 22:40:09      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516571814      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2017 22:40:38      Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516571826      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2017 22:42:49
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516571835       E-mail/Text: bknotices@totalcardinc.com Feb 07 2017 22:40:43      Total Card, Inc.,
                 PO Box 89725,    Sioux Falls, SD 57109-9725
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corp.,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
516571844     ##+Zwicker & Associates,    1101 Laurel Oak Road, Ste. 130,    Voorhees, NJ 08043-4322
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Christine  Crandon dsklar@scurameley.com,
               ecfbkfilings@scurameley.com;cbalala@scurameley.com;ascolavino@scurameley.com
              David E. Sklar    on behalf of Joint Debtor Vincent J. Crandon dsklar@scurameley.com,
               ecfbkfilings@scurameley.com;cbalala@scurameley.com;ascolavino@scurameley.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              John R. Morton, Jr.   on behalf of Creditor    Daimler Trust mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Feb 07, 2017
                              Form ID: pdf905          Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Linda S. Fossi   on behalf of Creditor   US Bank Cust PC6, Sterling Natl lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 7