UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-0417

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1

---

In Re:

    Christine Crandon
aka Christine A. Hill
    Vincent J. Crandon

Case No.: 16-34616-JKS

Chapter: 7

Judge: Honorable John K. Sherwood

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                              POWERS KIRN, LLC

                              /s/ *William M. E. Powers III*

Date: February 17, 2017        By: William M. E. Powers III