| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK) | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-0417<br><br>**Powers Kirn, LLC**<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 | |
| In Re:<br><br>Christine Crandon aka Christine A. Hill<br>Vincent J. Crandon | Case No.: 16-34616-JKS<br><br>Chapter: 7<br><br>Hearing Date: 03/28/2017 at 10:00am<br><br>Judge: Honorable John K. Sherwood<br><br>Oral Argument Waived |

# CERTIFICATION IN SUPPORT OF MOTION FOR ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

William M. E. Powers III, hereby certifies:

1.   I am the attorney handling the above entitled stay relief motion for the movant, and I have knowledge of the facts contained herein.

2.   The subject property, 14 James Brite Cir, Mahwah, NJ 07430, is valued at $795,000.00. See copy of Official Bankruptcy Schedule "D", which is attached hereto as Exhibit "A".

3.   A Certification Regarding Calculation of Amount Due is attached hereto as Exhibit "B".

I certify the above statements to be true. I am aware if the above statements are willfully false, I am subject to punishment.

                                          /s/ William M. E. Powers III
                                          William M. E. Powers III

DATED: March 7, 2017