UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-0417

**Powers Kirn, LLC**
ecf@powerskirn.com
William M. E. Powers III
Angela C. Pattison
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Citibank, N.A., not in its individual
capacity but solely as Owner Trustee for PMT NPL
Financing 2015-1

| | |
|---|---|
| In Re:<br><br>Christine Crandon aka Christine A. Hill<br>Vincent J. Crandon | Case No.: 16-34616-JKS<br><br>Chapter: 7<br><br>Hearing Date:<br><br>Judge: Honorable John K. Sherwood |

Oral Argument Waived

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
## ON THE NOTE AND MORTGAGE DATED April 21, 2006

Kimberly N. Wright_____, of full age, employed as _Bankruptcy Supervisor_ by

PennyMac Loan Services, LLC, ("PennyMac"), as servicer for Citibank, N.A., not in its individual capacity but

solely as Owner Trustee for PMT NPL Financing 2015-1, hereby certifies the following:

Recorded on April 27, 2006, in Bergen County, in Book 15823 at Page 440

Property Address:  14 James Brite Circle, Mahwah Township, NJ  07430

Mortgage Holder:  Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL

Financing 2015-1

### I. PAYOFF STATEMENT

| | | | |
|---|---|---|---|
| Unpaid Principal Balance: | | | $971,816.48 |
| Accrued interest from | 7/1/2009 | to 4/1/2016 : | $423,347.96 |
| (Interest rate = 6.375 % per year; | | per day x | days) |



EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Accrued interest from | 5/1/2016 | to | 2/12/2017 | : | $25,587.53 |

(Interest rate = 3.375 % per year;          per day x          days)

| | | | | |
|---|---|---|---|---|
| Unearned interest from | n/a | to | n/a | : | $0.00 |
| Per diem interest from | n/a/ | to | n/a | : | $0.00 |
| Late Charges from | n/a | to n/a | ($          /mo. x          Mos.): | $9,809.32 |
| Attorney's fees and costs as of | 02/08/2017 | : | | $1,665.00 |

Advances through          02/08/2017          for:

| | | |
|---|---|---|
| Real Estate Taxes: | | $172,338.53 |
| Insurance premiums: | | $0.00 |
| Other: | | $0.00 |
| *Sub-Total of Advances:* | | $172,338.53 |
| Less Escrow Monies: | | $0.00 |
| *Net Advances:* | | $172,338.53 |
| Interest on advances from  n/a  to  n/a  : | | $0.00 |
| Other charges (specify          ): | | $0.00 |
| Less unearned interest: | | $0.00 |
| **TOTAL DUE AS OF**  02/12/2017          : | | $1,604,564.82 |
| **Date of last payment:**  08/01/2009 | | |

## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate as of          12/30/2016          :          $795,000.00  *

*Source:  Debtor Schedule D          (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

| | | |
|---|---|---|
| 1. Real estate taxes as of | | $0.00 |
| 2. First Mortgage (principal and interest), as of | : | $1,420,751.97 |
| 3. Second Mortgage (principal and interest) as of  n/a | : | $0.00 |
| 4. Other (specify on separate exhibit): | | $264,111.35 |
| **TOTAL LIENS:** | | $1,684,863.32 |

**APPARENT EQUITY AS OF**          02/08/2017          :          $0.00  **
** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: _February 28, 2017_          Signature

EXHIBIT TO CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE

Mortgagor(s)/Debtor(s):  Christine Crandon
aka Christine A. Hill and Vincent J. Crandon

| | |
|---|---|
| $172,338.53 | Advances for Real Estate Taxes and/or Insurance |
| $0.00 | Advances for Mortgage Insurance Premium |
| $692.00 | Property Inspections |
| $9,809.32 | Accrued Late Charges |
| $1,210 | Pre-petition foreclosure fee and costs (if any) |
| $0.00 | Legal fee and costs of motion for relief |
| $0.00 | Less:  Suspense Balance |
| $445.00 | Other – Specify (BPO fees/Appraisal fees) |
| $116.50 | Other - Specify |
| $79,500.00 | Cost of Sale Estimated at 10% |
| $264,111.35 | Total for II.4.  Other above |

*Rev.8/1/15*