| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-0417<br><br>**Powers Kirn, LLC**<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 | |
| In Re:<br><br>Christine Crandon aka Christine A. Hill<br>Vincent J. Crandon | Case No.: 16-34616-JKS<br><br>Chapter: 7<br><br>Hearing Date: 03/28/2017 at 10:00am<br><br>Judge: Honorable John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Leslie M. DeJesus:
☐ represent the _____ in the above entitled matter.
☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.
    ☐ am the _____ in the above case and am representing myself.

2. On March 7, 2017, I sent a copy of the following pleading and/or documents to the parties listed in the chart below: Notice of Motion for Order Vacating Automatic Stay, Certification in support thereof, and a copy of the proposed Order submitted herewith.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 7, 2017

/s/ Leslie M. DeJesus

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eric R. Perkins<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | **TRUSTEE** | ☐Hand-delivered<br>☒Regular mail<br>☐Certified Mail/RR<br>☐Email<br>☐Notice of Electronic Filing (NEF)<br>☐Other _____<br>(as authorized by the court*) |
| David E. Sklar, Esquire<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | **ATTORNEY** | ☐Hand-delivered<br>☒Regular mail<br>☐Certified Mail/RR<br>☐Email<br>☐Notice of Electronic Filing (NEF)<br>☐Other _____<br>(as authorized by the court*) |
| Christine Crandon<br>aka Christine A. Hill<br>14 James Brite Circle<br>Mahwah, NJ 07430 | **DEBTOR** | ☐Hand-delivered<br>☒Regular mail<br>☐Certified Mail/RR<br>☐Email<br>☐Notice of Electronic Filing (NEF)<br>☐Other _____<br>(as authorized by the court*) |
| Vincent J. Crandon<br>14 James Brite Circle<br>Mahway, NJ 07430 | **DEBTOR** | ☐Hand-delivered<br>☒Regular mail<br>☐Certified Mail/RR<br>☐Email<br>☐Notice of Electronic Filing (NEF)<br>☐Other _____<br>(as authorized by the court*) |