| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY  (NEWARK)<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-0417<br><br>**Powers Kirn, LLC**<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 | Order Filed on March 28, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christine Crandon aka Christine A. Hill<br>Vincent J. Crandon | Case No.:  16-34616-JKS<br><br>Chapter:  7<br><br>Hearing Date: 03/28/2017 at 10:00am<br><br>Judge:  Honorable John K. Sherwood |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 ("Citibank, N.A.") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 14 James Brite Cir, Mahwah, NJ 07430

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.