Certificate Number: 12433-NJ-DE-028968494

Bankruptcy Case Number: 16-34616



12433-NJ-DE-028968494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 23, 2017</u>, at <u>3:10</u> o'clock <u>PM EDT</u>, <u>Vincent J. Crandon</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 23, 2017</u>           By:   <u>/s/Candace Jones</u>

Name:   <u>Candace Jones</u>

Title:   <u>Counselor</u>