Certificate Number: 12433-NJ-DE-028968493

Bankruptcy Case Number: 16-34616



12433-NJ-DE-028968493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2017, at 3:10 o'clock PM EDT, Christine A. Crandon completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 23, 2017            By:    /s/Candace Jones

                                  Name:  Candace Jones

                                  Title: Counselor