UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-0417

**Powers Kirn, LLC**
ecf@powerskirn.com
William M. E. Powers III
Angela C. Pattison
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1

**Order Filed on March 28, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christine Crandon aka Christine A. Hill
Vincent J. Crandon

Case No.: 16-34616-JKS

Chapter: 7

Hearing Date: 03/28/2017 at 10:00am

Judge: Honorable John K. Sherwood

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for Citibank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 ("Citibank, N.A.") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 14 James Brite Cir, Mahwah, NJ 07430

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Christine Crandon
Vincent J. Crandon
    Debtors

Case No. 16-34616-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 28, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db/jdb         +Christine Crandon,    Vincent J. Crandon,    14 James Brite Circle,    Mahwah, NJ 07430-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
          David E. Sklar    on behalf of Debtor Christine  Crandon dsklar@scuramealey.com,
      ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          David E. Sklar    on behalf of Joint Debtor Vincent J. Crandon dsklar@scuramealey.com,
      ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
      nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
      gdelmonaco@mdmc-law.com
          John R. Morton, Jr.    on behalf of Creditor    Daimler Trust mortonlaw.bcraig@verizon.net,
      donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Linda S. Fossi    on behalf of Creditor    US Bank Cust PC6, Sterling Natl lfossi@zeitzlawfirm.com,
      gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Scott  Sears    on behalf of Plaintiff Travis  Roemmele ssears@cgajlaw.com,    csarras@cgajlaw.com
          Scott  Sears    on behalf of Creditor Travis  Roemmele ssears@cgajlaw.com,    csarras@cgajlaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    CitiBank, N.A., not in its individual capacity but
      solely as Owner Trustee for PMT NPL Financing 2015-1 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC servicer for PMT
      NPL Financing 2015-1 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiBank, N.A., not in its individual capacity
      but solely as Owner Trustee for PMT NPL Financing 2015-1 ecf@powerskirn.com
                                                                                   TOTAL: 12