**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christine Crandon | Social Security number or ITIN   xxx–xx–8875 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Vincent J. Crandon | Social Security number or ITIN   xxx–xx–5134 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–34616–JKS

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine Crandon                                               Vincent J. Crandon
aka Christine A. Hill

3/31/17                                                         **By the court:**  John K. Sherwood
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                   Case No. 16-34616-JKS
Christine Crandon                                                        Chapter 7
Vincent J. Crandon
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Mar 31, 2017
                              Form ID: 318               Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db/jdb         +Christine Crandon,    Vincent J. Crandon,    14 James Brite Circle,    Mahwah, NJ 07430-2527
cr             +Daimler Trust,    c/o BK Servicing, LLC,    POB 131265,    Roseville, MN 55113-0011
cr             +Travis Roemmele,    35 Caroline Avenue,    Pompton Plains, NJ 07444-2027
516571780      +AlphaGraphics Bergen County,    1 Lethbridge Plaza,    Mahwah, NJ 07430-2126
516626565      +Anna Sieska,    60 Delwanna Ave.,   Clifton, NJ 07014
516571782      +Aqua Sprinkler Systems, LLC,    136 Lincoln Road,    Kinnelon, NJ 07405-1803
516571784       BCC Financial Mgmt Services,    PO Box 590097,    Fort Lauderdale, FL 33359-0097
516571785      +Bergen County Sheriff’s office,    Attn: Civil Court,    10 Main Street,
                 Hackensack, NJ 07601-7071
516571786      +Blue Line Services, LLC,    129 Refy Avenue,    Ramsey, NJ 07446-2465
516571787      +Bon Secours Charity Health System,    Good Samaritan Hospital,    255 Lafayette Ave,,
                 Suffern, NY 10901-4869
516571788      +Budd Vacuum,    445 West Main Street,    Wyckoff, NJ 07481-1400
516571794      +Children’s Learning Center of Wyckoff,    11 Leighton Place,    Mahwah, NJ 07430-3118
516590434      +Daniel Debski, Esq.,    299 Main Street, Suite 1,    Lodi, NJ 07644-1831
516571796      +Dino Gargol,    907 Tulip Tree Court,    Mahwah, NJ 07430-3465
516571798      +Dunn Lambert, LLC,    The Atrium,    East 80 Route 4,    Paramus, NJ 07652-2666
516571799      +Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
516571800     #+EMA Recovery Services,    PO Box 3142,    Secaucus, NJ 07096-3142
516571801      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
516571802       Finnerty Canda Drisgula, PC,    17-17 NJ-208 North,    Fair Lawn, NJ 07410
516571804      +Geico,    Commercial Dept.,    PO Box 822636,    Philadelphia, PA 19182-2636
516571806      +Harris,    111 West Jackson Blvd.,    Chicago, IL 60604-4135
516571807      +Holy Cross Nursery School,    125 Glasgow Terrace,    Mahwah, NJ 07430-1635
516571809      +Karalyn Galante,    615 Lynn Avenue,    West Deptford, NJ 08096-1487
516571810      +Lindgren Lindgren Oehm & You,    246 Bridge Street, Bldg. G,    Metuchen, NJ 08840-2294
516571811      +Mahwah Township Municipal Court,    Re: Anna Sieczka,    475 Corporate Drive,
                 Mahwah, NJ 07430-3603
516571812      +Mahwah Water Dept.,    Township of Mahwah Water/Sewer,    PO Box 733,    475 Corporate Drive,
                 Mahwah, NJ 07430-3603
516571813      +Mb Fin Svcs,    36455 Corporate Drive,    Farmington Hills, MI 48331-3552
516571815      +Midland Funding,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
516571816      +New Jersey Skyland Insurance,    550 Essjay Road,    Williamsville, NY 14221-8237
516571817       New York Sports Club,    5 Pennsylvania Plaza #4,    New York, NY 10001
516571818      +North Jersey Equestrian Center, LLC,    1 Carlson Place,    Pompton Plains, NJ 07444-1456
516571819      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
516571820     #+Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave.,    Ste. 403,    Roseland, NJ 07068-1787
516571821      +Orange & Rockland Electric Company,    PO Box 1009,    Spring Valley, NY 10977-0805
516571827       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516571822      +Paul Khakshouri,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Drive, Ste. 201,
                 Parsippany, NJ 07054-4609
516571824      +PennyMac Loan Services,    PO Box 660929,    Dallas, TX 75266-0929
516571823      +Pennymac Loan,    PO Box 514387,    Los Angeles, CA 90051-4387
516571825      +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516571828      +Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844
516571829      +Rio Vista Mahwah Homeowners Association,    20 Emma Court,    Mahwah, NJ 07430-2537
516571830      +Russell Chalkley Crestview Landscaping,    PO Box 533,    Mahwah, NJ 07430-0533
516571831      +Sanchez Landscaping,    1204 Westbrook Road,    West Milford, NJ 07480-3010
516571832      +State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516571833      +Synergetic Communication,    5450 NW Central #220,    Houston, TX 77092-2061
516571834      +Taffuri Integrated Wellness Centers,    23-00 Route 208 South, Ste. 2-6,
                 Fair Lawn, NJ 07410-1558
516626566      +Thomas Williams, Esq.,    220 Franklin Turnpike,    Mahwah, NJ 07430-1808
516571836     #+Town & Country Veterinary Service,    301 Rockaway Valley Road, Bldg. #2,
                 Boonton, NJ 07005-9192
516571837       Town Sports International,    5 Pennsylvania Plaza #4,    New York, NY 10001
516605089      +Township of Mahwah,    c/o Brian Chewcaskie, Esq.,    2200 Fletcher Ave.,
                 Fort Lee, NJ 07024-5005
516571838      +Township of Mahwah,    475 Corporate Drive,    PO Box 769,    Mahwah, NJ 07430-0769
516571839      +Travis Roemmele,    c/o Cleary Giacobbe Alfieri Jacobs, LLC,    169 Ramapo Valley Road,
                 Upper Level 105,    Oakland, NJ 07436-2537
516571840      +Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736
516571841      +Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
516571842      +Vander Plaat Executive Limo,    530 High Mountain Road,    Franklin Lakes, NJ 07417-2913
516571843      +ViaCord,    930 Winter Street, Ste. 2500,    Waltham, MA 02451-1516
516571844      +Zwicker & Associates,    1105 Laurel Oak Road, Ste. 136,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Mar 31, 2017
                              Form ID: 318             Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516571779      +EDI: GMACFS.COM Mar 31 2017 23:23:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516571781      +EDI: AMEREXPR.COM Mar 31 2017 23:23:00      American Express,    Attn: Merchant Services,
                 200 Vesey St.,    New York, NY 10285-0002
516571783       EDI: BANKAMER.COM Mar 31 2017 23:23:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
516571791       EDI: CAPITALONE.COM Mar 31 2017 23:23:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516571789      +E-mail/Text: bankruptcy@usecapital.com Mar 31 2017 23:45:36      Capital Accounts,
                 Po Box 140065,    Nashville, TN 37214-0065
516571790      +EDI: CAPITALONE.COM Mar 31 2017 23:23:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516571792      +EDI: PINNACLE.COM Mar 31 2017 23:23:00      Central Credit Services,    PO Box 1850,
                 Saint Charles, MO 63302-1850
516571793       EDI: CHASE.COM Mar 31 2017 23:23:00      Chase,    Cardmember Service,    PO Box 15153,
                 Wilmington, DE 19886-5153
516571795      +EDI: CCS.COM Mar 31 2017 23:23:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
516571797      +EDI: ESSL.COM Mar 31 2017 23:23:00      Dish Network,    9601 S. Meridian Blvd.,
                 Englewood, CO 80112-5905
516571803      +EDI: FSAE.COM Mar 31 2017 23:23:00      Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
516571805      +EDI: GMACFS.COM Mar 31 2017 23:23:00      GMAC,    P.O. Box 9001719,    Louisville, KY 40290-1719
516571808       EDI: IRS.COM Mar 31 2017 23:23:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516571814      +EDI: MID8.COM Mar 31 2017 23:23:00      Midland Credit Management, Inc.,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
516571826      +EDI: PRA.COM Mar 31 2017 23:23:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516571835       EDI: TCISOLUTIONS.COM Mar 31 2017 23:23:00      Total Card, Inc.,    PO Box 89725,
                 Sioux Falls, SD 57109-9725
516588087       EDI: BL-TOYOTA.COM Mar 31 2017 23:23:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Toyota Motor Credit Corp.,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
```
              David E. Sklar    on behalf of Joint Debtor Vincent J. Crandon dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David E. Sklar    on behalf of Debtor Christine  Crandon dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust mortonlaw.bcraig@verizon.net,
               donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust PC6, Sterling Natl lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Mar 31, 2017
                              Form ID: 318             Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Scott  Sears    on behalf of Plaintiff Travis  Roemmele ssears@cgajlaw.com, csarras@cgajlaw.com
          Scott  Sears    on behalf of Creditor Travis  Roemmele ssears@cgajlaw.com, csarras@cgajlaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor   CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 2015-1 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   PennyMac Loan Services, LLC servicer for PMT NPL Financing 2015-1 ecf@powerskirn.com

                                                                                         TOTAL: 12