# PRE-BILL

## Cleary Giacobbe Alfieri Jacobs

Travis Roemmele
NJ

| | |
|---|---|
| Bill Date | 10/25/17 |
| Bill From Date | Jan 01/17 |
| Activity End Date | 10/25/17 |
| Last Bill Date | |
| Open Date | 11/2/15 |
| Client Introducing | |
| Responsible | Anthony P. Seijas |

File #: 5372

**RE:** Roemmele, Travis    Inv #: Sample

| Aging: | <=30 | <=60 | <=90 | <=120 | > 120 |
|---|---|---|---|---|---|
| | $7,101.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Previous Fees Billed: $0.00

| Entry Number | DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| 642247 | 1/16/17 | Receipt and review of bankruptcy notice and communication with client re same | 0.30 | 81.00 | ss |
| 642716 | 1/17/17 | Telephone conference with client re Crandon bankruptcy | 0.20 | 54.00 | ss |
| 643163 | 1/18/17 | Email to client updating on plan for entry of default | 0.20 | 54.00 | ss |
| 758877 | 1/27/17 | Appearance at bankruptcy hearing and travel | 2.60 | 702.00 | ss |
| 655973 | 2/15/17 | Research and advise on bankruptcy staying fraud claim | 2.20 | 594.00 | ss |
| 655975 | | Draft complaint to discharge judgment | 2.10 | 567.00 | ss |
| 656134 | 2/17/17 | Review and revise complaint not to discharge debt | 0.90 | 243.00 | ss |
| 663874 | 3/7/17 | Review and revise bankruptcy complaint | 0.30 | 81.00 | ss |
| 667227 | 3/15/17 | File objection to discharge of bankruptcy | 0.70 | 189.00 | ss |
| 667766 | 3/16/17 | Re-filed challenge of dischargeability | 0.60 | 162.00 | ss |
| 669714 | 3/21/17 | Filed amended bankruptcy complaint | 0.30 | 81.00 | ss |
| 670354 | 3/22/17 | Filed ammended complaint to determine dischargeability | 0.30 | 81.00 | ss |
| 674845 | 3/31/17 | Receipt and review of Crandon order of discharge | 0.30 | 81.00 | ss |
| 674849 | | Correspondence with client re order of discharge | 0.20 | 54.00 | ss |

| Invoice # | Sample | | October 25, 2017 | | |
|---|---|---|---|---|---|
| | | | | Page 2 | |
| 693246 | 5/11/17 | Prepare complaint to determine dischargeability for service upon defendant | 0.50 | 135.00 | ss |
| 694733 | 5/15/17 | Draft correspondence updating on case | 0.20 | 54.00 | ss |
| 709910 | 6/21/17 | Research requesting entry for default in bankruptcy court; draft request to enter default | 1.10 | 297.00 | ss |
| 712576 | 6/29/17 | Prepare and file request for entry of default | 0.90 | 243.00 | ss |
| 712578 | | Correspondence with client re request for entry of default | 0.20 | 54.00 | ss |
| 713592 | 7/3/17 | Correspondence re request for entry of default | 0.20 | 54.00 | ss |
| 715222 | 7/6/17 | Receipt and review of entry of default judgment | 0.20 | 54.00 | ss |
| 715225 | | Correspondence with client enclosing entry of default | 0.20 | 54.00 | ss |
| 719362 | 7/18/17 | Correspondence with client re case status | 0.40 | 108.00 | ss |
| 725658 | 8/2/17 | Draft request for entry of default judgment | 0.60 | 162.00 | ss |
| 726276 | 8/3/17 | Correspondence with client re certification | 0.20 | 54.00 | ss |
| 726277 | | Research military status of Defendant | 0.90 | 243.00 | ss |
| 726284 | | Correspondence with client re request to enter default judgment | 0.40 | 108.00 | ss |
| 726285 | | Draft certification in support of default judgment | 0.30 | 81.00 | ss |
| 726286 | | File motion for entry of default judgment | 0.40 | 108.00 | ss |
| 726681 | 8/4/17 | Receipt and review of notice of proof hearing; communicate same to client | 0.40 | 108.00 | ss |
| 734654 | 8/25/17 | Correspondence with client re proof hearing | 0.20 | 54.00 | ss |
| 735242 | 8/28/17 | Correspondence with client re proof hearing | 0.30 | 81.00 | ss |
| 735246 | | Receipt and review of documents in preparation for hearing | 0.20 | 54.00 | ss |
| 735248 | | Research fraud to discharge bankruptcy in preparation for hearing | 1.30 | 351.00 | ss |
| 735600 | 8/29/17 | Travel, prepare and appear at proof hearing | 4.00 | 1,080.00 | ss |
| 735601 | | Receipt and review of documents from client | 0.20 | 54.00 | ss |
| 741897 | 9/14/17 | Research attorney fees for dischargeability | 0.90 | 243.00 | ss |
| 742154 | 9/15/17 | Correspondence with court and client re default judgment | 0.40 | 108.00 | ss |

| Invoice # | Date | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 743127 | 9/18/17 | Receipt and review of judgment | 0.20 | 54.00 | ss |
| 743716 | 9/19/17 | Correspondence with client re judgment | 0.30 | 81.00 | ss |
| | | Totals | 26.30 | $7,101.00 | |

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Scott Sears | 26.30 | $270.00 | $7,101.00 |

**Total Fee & Disbursements**               $7,101.00

**Balance Now Due**                         $7,101.00

TAX ID Number    273680224