UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

CHRISTINE CRANDON
VINCENT CRANDON,

Debtors

Case No.: 16-34616

Chapter: 7

Judge: John K. Sherwood

# ORDER GRANTING FEES

The relief set forth on the following page is hereby **ORDERED**.

The applicant having certified that legal work has been rendered, and no objections having been raised, it is:

ORDERED that Scott A. Sears, the applicant, is allowed a fee of $7,101.00 for services rendered on behalf of the Creditor Travis Roemmele and against Debtor Vincent Crandon.