| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| | Case No.: 16-34616 |
| | Chapter: 7 |
| In Re:<br><br>CHRISTINE CRANDON<br>VINCENT CRANDON,<br>  Debtors | Adv. No.: <br>Hearing Date: December 5, 2017<br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, __Scott A. Sears, Esq.__ :

   ☒ represent __Creditor Travis Roemmele__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 9, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion for Attorney's Fees.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __November 9, 2017__        /s/ Scott A. Sears, Esq.
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David E. Sklar<br>Scura Wigfield Heyer & Stevens LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Represents Vincent J. Crandon and Christine Crandon | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Linda S. Fossi<br>Gary C. Zeitz, LLC<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, NJ 08043 | Represents US Bank Cust PC6, Sterling Natl | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr.<br>Law Offices of John R. Morton, Jr.<br>110 Marter Ave<br>Suite 301<br>Moorestown, NJ 08057 | Represents Daimler Trust<br>c/o BK Servicing, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric R. Perkins<br>McElroy, Deutsch, Mulvaney & Carpenter<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | Represents Eric R. Perkins | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William M.E. Powers<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057 | Represents CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL Financing 15-00001 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William M.E. Powers, III<br>Powers Kirn, LLC<br>P.O. Box 848<br>Moorestown, NJ 08057 | Represents PennyMac Loan Services, LLC servicer for PMT NPL Financing 15-00001 and CitiBank, N.A., not in its individual capacity but solely as Owner Trustee for PMT NPL | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*