**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Scott A. Sears, Esq. (Attorney ID No. 164272015)
Attorneys for Creditor, Travis Roemmele

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRISTINE CRANDON<br>VINCENT CRANDON,<br><br>Debtors | Case No.:    16-34616<br><br>Chapter:    7<br><br>Judge:    John K. Sherwood<br><br>**WITHDRAWAL OF MOTION** |

To Whom It May Concern:

The undersigned hereby withdraws the Motion for Attorney's Fees filed on behalf of Creditor Travis Roemmele (document number 39) in the instant matter.

CLEARY GIACOBBE ALFIERI JACOBS, LLC
*Attorneys for Creditor, Travis Roemmele*

By: /s/ Scott A. Sears
Scott A. Sears

Dated: November 9, 2017